# United States District Court
# Central District of California

| | |
|---|---|
| JAMES BETTLES,<br><br>        Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION et al.,<br><br>        Defendants. | Case № 2:21-cv-07560-ODW (AFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's First Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 7, 2023

                                                                                                           **OTIS D. WRIGHT, II**
                                          **UNITED STATES DISTRICT JUDGE**